IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TERRA L. MCKEE ,                          )
                                          )
                    Plaintiff,            )
                                          )
          v.                              )          1:19CV498
                                          )
NORTH CAROLINA AGRICULTURAL               )
AND TECHNICAL STATE UNIVERSITY            )
                                          )
                    Defendant.            )

RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

In an Order entered on June 12, 2019, the Court noted that Plaintiff's claims in this case were unclear and would potentially be subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted. The Court ordered Plaintiff to file an amended complaint clarifying her claims and using the proper forms within 30 days. The Court specifically warned Plaintiff that if she failed to file an amended complaint as directed, this case would be dismissed without prejudice. Over 30 days have passed, and Plaintiff has failed to file an Amended Complaint or otherwise respond to the Court's Order. The case cannot proceed if Plaintiff does not respond and does not follow the Court's directions.

IT IS THEREFORE RECOMMENDED that this case be dismissed without prejudice for failure to prosecute and failure to comply with the Court's June 12, 2019 Order.

This, the 25th day of July, 2019.

　　　　/s/ Joi Elizabeth Peake
United States Magistrate Judge